UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-134

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PRELIMINARY ORDER** |
| | ) | **OF FORFEITURE** |
| NATHANIEL JOE PASS, | ) | |
| | ) | |
| Defendant. | ) | |

In the Bill of Indictment in this case, the United States sought forfeiture of property of

the defendant as property that was used or intended to be used to facilitate the crimes charged,

which would be subject to forfeiture under 18 U.S.C. § 924(d) and 21 U.S.C. § 853.

Defendant was subsequently convicted on Count One in the Bill of Indictment and

adjudged guilty of the offense charged in that count. Based on evidence already in the record,

including the trial evidence, the government has established the requisite nexus between the

property and the offense of conviction.

It is therefore ORDERED:

1. Based upon defendant's conviction, the United States is authorized to seize the

following property belonging to defendant, and it is hereby forfeited to the United States for

disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

**One Colt Model 1911 .45 caliber handgun (no serial number) and ammunition
seized on or about December 21, 2007, in Charlotte, North Carolina.**

2. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this order;

notice of its intent to dispose of the property in such manner as the Attorney General may direct;

and notice that any person, other than the defendant, having or claiming a legal interest in any of

the above-listed forfeited property must file a petition with the Court within thirty days of the

final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall

state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged

interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set

forth the nature and extent of the petitioner's right, title or interest in each of the forfeited

properties and any additional facts supporting the petitioner's claim and the relief sought. The

United States may also, to the extent practicable, provide direct written notice to any person

known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a

substitute for published notice as to those persons so notified.

3. Upon adjudication of all third-party interests, this Court will enter a Final Order of

Forfeiture pursuant to 21 U.S.C. § 853(n).

Signed: August 12, 2010

Robert J. Conrad, Jr.
Chief United States District Judge