UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr134

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | **CONFIRMING FORFEITURE** |
| v. | ) | |
| | ) | |
| NATHANIEL JOE PASS, | ) | |
| | ) | |
| Defendant. | ) | |

On August 12, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to 21

U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's conviction on Count

One, a violation of 21 U.S.C. § 841, at trial. (Doc. No. 30).

On September 24, 2010 through October 23, 2010, the United States published via

www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the

forfeited property in accordance with the law, and further notifying all third parties of their right

to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged

legal interest in the property.  It appears from the record that no such petitions have been filed.

Based on the record including the evidence at trial, the Court finds, in accordance with Rule

32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the

applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Colt Model 1911 .45 caliber handgun (no serial number) and ammunition seized on or about December 21, 2007, in Charlotte, North Carolina**

Signed: May 31, 2011

Robert J. Conrad, Jr.
Chief United States District Judge